**DISMISS; and Opinion Filed July 31, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00775-CV

**MARCANTONIO ENTERPRISES, LLC, Appellant**
**V.**
**STELLAR RESTORATION SERVICES, LLC, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05272-2016**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Boatright

Stating they have settled their dispute, the parties have filed a joint motion to dismiss the

appeal. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(2).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

170775F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

MARCANTONIO ENTERPRISES, LLC, Appellant

No. 05-17-00775-CV      V.

STELLAR RESTORATION SERVICES, LLC, Appellee

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 429-05272-2016.
Opinion delivered by Justice Boatright, Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 31st day of July, 2018.